UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | SA CR No. 17-00153-CJC |
| VICTORIA CHAN | DEFENDANT | **WAIVER OF INDICTMENT** |

I, _VICTORIA CHAN_, the above-named defendant, who is accused of _Conspiracy to Commit Visa Fraud, Wire Fraud, Money Laundering, Aiding/Abetting_, in violation of _18 U.S.C. §§ 371, 1349, and 1956(a)(2)(A)_, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _November 13, 2017_, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_11/13/17_
Date

_11/13/17_
Date

_11-13-2017_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before: _[signature]_
Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                                   WAIVER OF INDICTMENT