NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHARLES E. PELL
Assistant United States Attorney
California Bar No. 210309
Santa Ana Branch Office
   8000 United States Courthoulse
   411 West Fourth Street
   Santa Ana, California  92701
   Telephone:  (714) 338-3542
   Facsimile:  (714) 338-3561
   E-mail: Charles.E.Pell2@usdoj.gov
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-2727
   Facsimile:  (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br><br>VICTORIA CHAN,<br><br>       Defendant. | No. SACR 17-153-CJC<br><br><u>NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS</u> |

1

Pursuant to Section 405.22 of the California Code of Civil Procedure, plaintiff United States of America hereby files with the court a copy of the notice of pendency of action (hereinafter the "Lis Pendens") which was filed against the real properties at the Office of the County Recorder for San Bernardino County.  Copies of the Lis Pendens are attached hereto as Exhibits "A-F".

DATED: January 25, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHARLES E. PELL
Assistant United States Attorney

      /s/Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA