UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>VICTORIA CHAN,<br><br>      Defendant. | No. SA CR 17-00153-CJC<br><br>ORDER CONTINUING<br>SENTENCING HEARING DATE |

    Based upon the parties' stipulation, the sentencing hearing in this case is continued from July 9, 2018, to **January 14, 2019, at 11:00 a.m.**

    IT IS SO ORDERED.

    June 12, 2018

DATE                          HONORABLE CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE

**CC: USPO**