NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
JONATHAN GALATZAN (Cal. SBN: 190414)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-0142
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR SACR 17-153-CJC |
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR FINAL ORDERS OF FORFEITURE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JONATHAN GALATZAN |
| v. | |
| VICTORIA CHAN, | |
| Defendant. | No Hearing Required |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff United States of America hereby applies *ex parte* for entry of the [Proposed] a Final Orders of Forfeiture lodged contemporaneously herewith[1], relating to the interests of all potential third-party claimants to property ("Forfeited

---

[1] Multiple [Proposed] Final Orders of Forfeiture are being lodged herewith. In order to satisfy State property recording requirements, the Government requires a separate Final Order of Forfeiture for each piece of real property ordered forfeited.

Property") that was ordered forfeited as to defendant Victoria Chan ("Chan") in the Preliminary Order of Forfeiture entered by the Court on December 11, 2018.  Docket Number 38.

The ancillary proceeding required by Rule 32.2(c) of the Federal Rules of Criminal Procedure to forfeit the interests of any third parties in the Forfeited Property has concluded.  The government has recognized the interests certain parties in the forfeited property through recognition of interests filed on September 20, 2019.  Entry of the proposed final orders of forfeiture is proper because the public notice provisions governing criminal forfeiture have been satisfied, and the time for filing such claims has expired.  Therefore, the proposed Final Orders of Forfeiture should be entered, quieting title to the Forfeited Property in the government, to be disposed of in accordance with law.

This application is supported by the accompanying Memorandum of Points and Authorities; the Declaration of Jonathan Galatzan; and all other papers previously filed in this action.

This application is made *ex parte* without notice to defendant Chan, because she may not object to the entry of the order, her interest in the Forfeited Property having been forfeited.  Fed. R. Crim. P. 32.2(b)(3); 32.2(c)(2) (defendant may not object on behalf of a third party).  Defendant's interest in the Forfeited Property was forfeited to the United States by an agreement between the parties entered into on

October 11, 2017, and filed with the Court on November 3, 2017 as Docket Number 5.

Dated: October 3, 2019       Respectfully submitted,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


     /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**INTRODUCTION**

On December 11, 2018, the Court entered a Preliminary Order of Forfeiture ("POF") forfeiting all right, title, and interest of defendant Victoria Chan in the following real property (the "Forfeitable Property"):

(1)  13592 Brittle Brush Ct., Rancho Cucamonga, California, APN: 0225-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;

(2)  5528 Compass Pl., Rancho Cucamonga, California, APN: 0226-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;

(3)  5535 Compass Pl., Rancho Cucamonga, California, APN: 0226-202-18-0-000;

(4)  5555 Compass Pl., Rancho Cucamonga, California, APN: 0226-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;

(5)  5042 Morgan Pl., Rancho Cucamonga, California, APN: 0225-022-07;

(6)  10943 Stallion Way, Rancho Cucamonga, California, APN: 1074-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; and

(7)  6527 Etiwanda Ave, Etiwanda, California, APN:  0227-051-03-0-000.

Ordinarily, under Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, the POF would become final as to defendant Chan at the time of her sentencing.  However, pursuant to Rule 32.2(b)(4) defendant Chan consented to the finality of the POF upon entry.  (Galatzan Decl. at ¶ 2).

The POF authorized the government to take custody of the Forfeitable Property and instructed the government to begin an

4

"ancillary proceeding" pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure, during which third parties were given an opportunity to claim an interest in the Forfeitable Property and seek to have their interests adjudicated pursuant to Rule 32.2(c). (*See* Dkt. No. 38).  To that end, the government was ordered to (a) publish notice of the POF; and (b) to the extent practicable, provide written notice to any person known to have an alleged interest in the Forfeitable Property.  *Id*.

The government has complied with its obligations. Beginning on December 17, 2018 and ending on January 15, 2019, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of the forfeiture of the Forfeitable Property, (*See* Dkt No. 41), the intent of the United States to dispose of the Forfeitable Property in accordance with the law and as specified in the POF, and further notifying all eligible third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the Forfeitable Property.  (Galatzan Decl. ¶ 3).

**THIRD-PARTY CLAIMS WERE RECOGNIZED**

On September 20, 2019, the government recognized the interests of the following third-parties in the Forfeitable Property.  (Galatzan Decl. ¶ 4).

-HSBC BANK USA, N.A. in the real properties located at 5528 Compass Pl., Rancho Cucamonga, California and 5535 Compass Pl., Rancho Cucamonga, California;

    - MTGLQ INVESTORS, L.P. in the real property located at 13592 Brittle Brush Ct., Rancho Cucamonga, California; and

    - EAST WEST BANK in the real property located at 5555 Compass Pl., Rancho Cucamonga, California.

The time for the filing of any other third party claims expired on September 26, 2019.  As no other third-party claims remain, the ancillary proceeding has concluded and there are no claims or issues to adjudicate.

**THE FORFEITED PROPERTY SHOULD BE DECLARED FINALLY FORFEITED**

"When the ancillary proceeding ends, the court must enter a final order of forfeiture . . . If no third party filed a timely petition, the preliminary order becomes the final order of forfeiture if the court finds that the defendant . . . had an interest in the property that is forfeitable . . ." Fed. R. Crim. P. 32.2(c)(2).  The Advisory Commitee Notes (2000) for this provision counsel that "[i]n making this decision, the court may rely upon reasonable inferences.  For example, the fact that the defendant used the property in committing the crime and no third party claimed an interest in the property may give rise to the inference that the defendant had a forfeitable interest in the property."

Here, the Court has already found that the Forfeitable Property was involved in the conspiracy to commit money laundering for which Chan pled guilty.  (Dkt. No. 38).  The government has recognized the interests of the above-referenced parties and no other third petitions remain in the ancillary

proceeding, there is no reason to doubt that defendant Chan had an interest in the Forfeitable Property.

**IV.   CONCLUSION**

For the foregoing reasons, government respectfully requests that the Court enter the proposed Final Orders of Forfeiture.

DATED: October 3, 2019          Respectfully submitted,

                                NICOLA T. HANNA
                                United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division


                                     */s/ Jonathan Galatzan*
                                JONATHAN GALATZAN _
                                Assistant United States Attorney
                                Asset Forfeiture Section

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

7

**DECLARATION OF JONATHAN GALATZAN**

I, Jonathan Galatzan, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the Central District of California and am responsible for the representation of the government's interest in the instant forfeiture proceedings in *United States v. Victoria Chan*, CR 17-153-CJC. I make this declaration based upon my personal knowledge and that gained following my review of official government files.

2. A Preliminary Order of Forfeiture ("POF") was entered by this Court against Defendant on December 11, 2018, ordering the forfeiture of defendant's interest in certain property. (*See* Dkt. No. 38). Ordinarily, under Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, the POF would become final as to defendant Chan at the time of her sentencing. However, pursuant to Rule 32.2(b)(4), defendant Chan in her plea agreement consented to the finality of the POF at the time of its entry.

3. The government has complied with its obligations set out in the POF. Beginning on December 17, 2018 and ending on January 15, 2019, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of the forfeiture of the specific property listed in the POF (*See* Dkt No. 41), the intent of the United States to dispose of the specific property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all eligible third parties of their right to petition the Court

within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the specific property.

4. On September 20, 2019, the government recognized the interests of certain third-parties in the Forfeitable Property.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on October 3, 2019, in Los Angeles, California.

*/s/ Jonathan Galatzan*
JONATHAN GALATZAN