UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | CR SACR 17-153-CJC |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE FOR REAL PROPERTY LOCATED AT 13592 BRITTLE BRUSH CT., RANCHO CUCAMONGA, CALIFORNIA |
| v. | |
| VICTORIA CHAN, | |
| Defendant. | |

On December 11, 2018, the Court entered a Preliminary Order of Forfeiture ("POF") forfeiting the interest of Defendant Victoria Chan in the real property located at 13592 Brittle Brush Ct., Rancho Cucamonga, California, (the "Subject Property").

In compliance with the POF, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of the forfeiture of the specific property listed in the POF and the intent of the United States to dispose of the specific property in accordance with the law and as specified in the POF, and further notifying all third

parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged respective legal interests in the Subject Property.

In addition, the United States provided written notice, where practicable, to all persons believed to have an alleged interest in the Subject Property.

On September 20, 2019, the United States recognized the interest MTGLQ INVESTORS, L.P. in the Subject Property.

The Court finds that defendant Victoria Chan had an interest in the Subject Property that is subject to forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2), namely the real property located at 13592 Brittle Brush Ct., Rancho Cucamonga, California, more fully described as:

> The land hereinafter referred to is situated in the City of Rancho Cucamonga, County of San Bernardino, State of California, and is described as follows:
>
> Lot 6 of Tract 17651, in the City of Rancho Cucamonga, County of San Bernardino, State of California as shown
> on a Map in Book 334, Pages 84 through 89, of Maps in the Office of the County Recorder of said County.

Assessor's Parcel Number 0225-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

Upon entry of this Order in favor of Plaintiff, and upon the sale or other transfer the Subject Property, the proceeds generated by the sale or transfer shall be distributed in the following priority, to the extent available:

a.   First, to the United States for its actual and

reasonable costs and expenses of the sale;

      b.    Second, to the San Bernardino County Assessor and Tax Collector of any unpaid real property taxes assessed against the Subject Property to the date of the sale of the Subject Property;

      c.    Third, to MTGLQ INVESTORS, L.P. (or any successor lienholder) as follows:

      i.    All unpaid principal and interest due under its Note which is secured by the Deed of Trust recorded as Instrument No. 2014-0113196 and an Assignment of Deed of Trust recorded as Instrument No. 2019-0011265 against the property identifying MTGLQ INVESTORS, L.P. as beneficiary, as of the date of the closing with respect to the Government's sale of the property; and

      ii.    All other fees, costs and advances as provided under the terms of the Note and Deed of Trust, as of the date of the closing with respect to the Government's sale of the property.  These fees, costs and advances may include, but are not limited to, fees, advances or costs for property taxes, insurance (including for hazard insurance), reasonable attorney fees and costs and fees and costs incurred in protecting MTGLQ INVESTORS L.P.'s security interest; and

//

        d.    Fourth, the balance of the remaining funds to the United States, the sum of which will be forfeited to the United States of America and no other right, title or interest shall exist herein.  The Government will dispose of the funds in accordance with law.

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, subject to the terms of this Order, all right, title and interest to the Subject Property is condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

      **IT IS SO ORDERED**

DATED: October 7, 2019

                             THE HONORABLE CORMAC J. CARNEY
                             UNITED STATES DISTRICT JUDGE

PRESENTED BY:
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


   /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA