TRACY L. WILKISON
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
CHARLES E. PELL (Cal. State Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
     United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California  92701
     Telephone:  (714) 338-3542
     Facsimile:  (714) 338-3561
     E-mail:     charles.e.pell2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:17-cr-00153-CJC |
| Plaintiff, | STIPULATION RE: CORRECTED FIGURE FOR TOTAL AMOUNT OF RESTITUTION |
| v. | |
| VICTORIA CHAN, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Charles E. Pell, and defendant VICTORIA CHAN, both individually and by and through her counsel of record, Diane C. Bass, Esquire, hereby agree and stipulate as follows:

     1.   In January 2021, the Court held the sentencing hearing in this case and pronounced the sentence for defendant, but deferred making a decision on the restitution amount to give the parties additional time to determine the accurate figure for restitution.

(DE 85 (minutes of sentencing).)

2. In April 2021, the Court held a restitution hearing, during which the parties and several attorneys for customers/victims addressed the Court, and ordered the parties to confer and file a restitution stipulation the includes proposed restitution payments and victims to be compensated. (DE 96 (minutes of sentencing).)

3. On June 28, 2021, the parties filed a stipulation requesting that the Court order total restitution of $20,461,970.61 for the 57 victims (DE 99), which had been listed by name and amount in an under-seal restitution list filed by the parties.

4. On July 14, 2021, the parties filed an under seal addendum to the restitution stipulation, which detailed an additional 8 customers and one company (restitution list row numbers 6, 24, 30, 43, 52, 61, 62, 65, and 66) who had claimed restitution for the Court's determination, but whom the parties had not included in the 57 victims restitution list filed under seal by the parties.

5. On July 20, 2021, the Court issued an order finding that those additional individuals and company were not entitled to restitution, but found that the 57 individuals on the under seal restitution list were entitled to restitution, in a total amount of $20,461,970.61. (DE 105.)

6. That same day, on July 20, 2021, the Court issued an amended JNC with the total amount of restitution of $20,461,970.61. (DE 106.)

7. Subsequently, the parties were notified and now have determined that the parties made an arithmetic error when calculating the total restitution amount by adding the individual restitution amounts for the 57 individuals listed on the under seal restitution

list. Specifically, when computing the total amount of restitution for victim row numbers 1-65 (57 individuals), for some unknown reason, the subtotals of rows 1-5 for victims S.Y.C. to Q.C. ($2,920,400) and rows 7-23 for victims M.J.C. to X.L.L. ($8,962,070) were omitted from the sum, which constituted an addition error of $11,782,470.

8. To correct that error, the correct total amount of restitution should be $32,244,440.61, which is calculated by adding the missing amount of $11,782,470 to the previous restitution total of $20,461,970.61.

9. Thus, the parties respectfully request that the Court issue a second amended JNC that specifies that the total amount of restitution is $32,244,440.61 for the 57 victims whom the Court has previously found were victims entitled to restitution.

10. The parties apologize for the arithmetic addition error. The parties have re-checked this total to ensure it is correct.

11. The parties will also be filing concurrently with this stipulation an under seal revised victim list, which is unchanged as to individual victims and restitution amounts per victim, but has a corrected total amount of restitution on line 66/column 4, from $20,461,970.61 to $32,244,440.61. In that sealing application, the parties also request that the Court direct the Clerk's Office to disclose that under seal victim restitution list to the parties and authorize the parties to further disclose it to individual victims, by redacting all other victims' information, other than the individual victim to which it is disclosed.

///

///

12. Upon the Court's issuing a second amended JNC and the sealing order allowing further disclosure of the victim list, the government will provide each victim with a copy of that second amended JNC and a redacted copy of the victim list (with only their name unredacted).

IT IS SO STIPULATED.

_____     03.09.2022
CHARLES E. PELL                     Date
Assistant United States Attorney
Santa Ana Branch Office

　　　　/s/ per email authorization on 03.15.2022
_____
DIANE C. BASS, Esquire               Date
Attorney for Defendant
VICTORIA CHAN