UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>VICTORIA CHAN,<br><br>            Defendant. | No. 8:17-cr-00153-CJC<br><br>ORDER GRANTING PARTIES' STIPULATION RE: CORRECTED FIGURE FOR TOTAL AMOUNT OF RESTITUTION |

For good cause shown, IT IS HEREBY ORDERED THAT:

The parties' stipulation re: corrected figure for total amount of restitution (Dkt. 108) is GRANTED.  The total amount of restitution in this case is amended from $20,461,970.61 to $32,244,440.61, for the 57 individuals whom the Court previously found to be victims.  A second amended Judgment and Probation/Commitment Order shall issue.

DATED: March 17, 2022

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: USPO, FISCAL**